**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6663**

ROBERT GARY MOORE,

Plaintiff - Appellant,

v.

BISHOP, Warden; JOHN DOE, Commissioner (DOC); SIERRA NOLAN, LPN; KRISTA SELF, CFNP; WEXFORD HEALTH SOURCES, INC.; RYAN BROWNING, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:17-cv-01919-JKB)

Submitted:  November 29, 2018                    Decided:  January 3, 2019

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert G. Moore, Appellant Pro Se.  Lucas William Chrencik, GOODELL DEVRIES LEECH & DANN, LLP, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Gary Moore appeals the district court's order granting summary judgment to the Defendants and dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Moore v. Bishop*, No. 1:17-cv-01919-JKB (D. Md. May 10, 2018). We deny as moot Moore's motion to compel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*